UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                    Case No. 08-cr-80-01 SM

Michelle Despres

O R D E R

Defendant's to motion to continue the trial for thirty days (document no. 24) is granted. Trial has been rescheduled for the January trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than December 7, 2009. On the filing of such waiver, the continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference:	January 6, 2009 at 2:00 PM

Jury Selection:	January 20, 2010 at 9:30 AM

SO ORDERED.

November 24, 2009	_____
	Steven J. McAuliffe
	Chief Judge

cc:	Counsel of Record
	U. S. Probation
	U. S. Marshal