UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                          Case No. 08-cr-80-01 SM

Michelle Despres

O R D E R

    Defendant's to motion to continue the trial for thirty days  (document no. 27) is granted. Trial has been rescheduled for the March trial period.  Defendant shall file a Waiver of Speedy Trial Rights not later than January 19, 2010. On the filing of such waiver, the continuance shall be effective.

    The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account  the exercise of due diligence under the circumstances.

Final Pretrial Conference:          March 2, 2009 at 3:00 PM

Jury Selection:                     March 16, 2010 at 9:30 AM

SO ORDERED.

January 8, 2010                     _____
                                    Steven J. McAuliffe
                                    Chief Judge

cc: Counsel of Record
    U. S. Probation
    U. S. Marshal