UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                            Case No. 08-cr-80-01 SM

Michelle Despres


O R D E R

    Defendant's to motion to continue the trial (document no. 30) is granted. Trial has been rescheduled for the May trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than March 13, 2010. On the filing of such waiver, the continuance shall be effective. Absent extraordinary circumstances, no further continuances will be granted.

    The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference:	May 12, 2010 at 2:30 PM

Jury Selection:	May 18, 2010 at 9:30 AM

SO ORDERED.

March 2, 2010	_____
	Steven J. McAuliffe
	Chief Judge

cc:	Counsel of Record
	U. S. Probation
	U. S. Marshal